UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY A. BAKER, II,

    Petitioner,                          Civil No. 2:12-10424
                                            HONORABLE GEORGE CARAM STEEH
v.                                     UNITED STATES DISTRICT JUDGE

MITCH PERRY,

    Respondent.
_____/

## JUDGMENT

The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable George Caram Steeh, a United States District Court Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on October 29, 2012,

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DENIED WITH PREJUDICE.

IT IS FURTHER ORDERED AND ADJUDGED that a Certificate of Appealability and Leave to Appeal *In Forma Pauperis* are DENIED.

Dated at Detroit, Michigan, this 29th day of October, 2012.

                                                      DAVID J. WEAVER
                                                      CLERK OF THE COURT

                                                      BY: s/Marcia Beauchemin
                                                            DEPUTY CLERK