UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY A. BAKER, II,

        Petitioner,               Civil No. 2:12-10424
                                      HONORABLE GEORGE CARAM STEEH
v.                                  UNITED STATES DISTRICT JUDGE

MITCH PERRY,

        Respondent.

_____/

**OPINION AND ORDER DENYING THE MOTION FOR RECONSIDERATION
AND DIRECTING THE CLERK OF THE COURT TO TRANSFER THE MOTION
FOR A CERTIFICATE OF APPEALABILITY AND MOTION TO PROCEED
*IN FORMA PAUPERIS* ON APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE SIXTH CIRCUIT**

      Jeffrey A. Baker, II, (Petitioner"), filed a petition for writ of habeas corpus

pursuant to 28 U.S.C. § 2254, in which he challenged his conviction for armed robbery,

M.C.L.A. 750.529; felon in possession of a firearm, M.C.L.A. 750.224f(2); carrying a

concealed weapon, M.C.L.A. 750.227(2); third-degree fleeing and eluding a police

officer, M.C.L.A. 750.479a(3); possession of a firearm during the commission of a

felony, second-offense, M.C.L.A. 750.227b(1); and being a third felony habitual

offender, M.C.L.A. 769.11.  On October 29, 2012, this Court summarily denied

petitioner's application for a writ of habeas corpus on the ground that it was time-barred

by the statute of limitations contained in 28 U.S.C. § 2244(d).  The Court also declined

to issue a certificate of appealability or to grant leave to appeal *in forma pauperis. See*

*Baker v. Perry,* 2012 WL 5328677 (E.D. Mich. October 29, 2012).  Petitioner has now

filed a motion for a certificate of appealability and a motion to proceed in *forma pauperis*

on appeal, which this Court will treat in part as a motion for reconsideration of the

Court's previous decision to deny petitioner a certificate of appealability or leave to

appeal *in forma pauperis*.  For the reasons that follow, the Court will deny petitioner's

motion for reconsideration.  The Court will further order that petitioner's motion for a

certificate of appealability and the motion to proceed *in forma pauperis* on appeal to be

transferred to the United States Court of Appeals for the Sixth Circuit.

 The Court will deny plaintiff's motion for reconsideration.  U.S. Dist.Ct. Rules,

E.D. Mich. 7.1 (h) allows a party to file a motion for reconsideration.  However, a motion

for reconsideration which presents the same issues already ruled upon by the court,

either expressly or by reasonable implication, will not be granted. *Ford Motor Co. v.*

*Greatdomains.com, Inc.,* 177 F. Supp. 2d 628, 632 (E.D. Mich. 2001).  A motion for

reconsideration should be granted if the movant demonstrates a palpable defect by

which the court and the parties have been misled and show that correcting the defect

will lead to a different disposition of the case. *See DirecTV, Inc. v. Karpinsky,* 274 F.

Supp. 2d 918, 921 (E.D. Mich. 2003).

 Because this Court previously denied petitioner a certificate of appealability when

it denied the petition for writ of habeas corpus, the Court will construe petitioner's

motion for a certificate of appealability as a motion for reconsideration of the Court's

prior order to deny a certificate of appealability. *See e.g. Jackson v. Crosby,* 437 F.3d

1290, 1294, n. 5 (11th Cir. 2006).  Likewise, because this Court previously denied

petitioner leave to appeal *in forma pauperis* when it denied the petition for writ of

habeas corpus, the Court will construe petitioner's motion for leave to appeal *in forma*

*pauperis* as a motion for reconsideration of the Court's prior order to deny him leave to

appeal *in forma pauperis* in this case.  See *Pettigrew v. Rapelje,* No. 2008 WL 4186271,

* 1 (E.D. Mich. September 10, 2008).

Petitioner's motion for reconsideration will be denied, because petitioner is

merely presenting issues which were already ruled upon by this Court, either expressly

or by reasonable implication, when the Court denied petitioner's habeas application and

declined to issue a certificate of appealability or leave to appeal *in forma pauperis. See*

*Hence v. Smith,* 49 F. Supp. 2d 547, 553 (E.D. Mich. 1999).

This Court notes that the proper procedure when a district court denies a

certificate of appealability is for the petitioner to file a motion for a certificate of

appealability before the appellate court in the appeal from the judgment denying the

petition for writ of habeas corpus or the motion to vacate sentence. *See Sims v. U.S.,*

244 F. 3d 509 (6th Cir. 2001)(citing Fed. R.App. P. 22(b)(1)).  In light of the fact that this

Court has already denied petitioner a certificate of appealability, petitioner should direct

his request for a certificate of appealability to the Sixth Circuit.  The Court, in the

interests of justice, will order that petitioner's motion for a certificate of appealability to

be transferred to the United States Court of Appeals for the Sixth Circuit.

The Court will also order the Clerk of the Court to transfer petitioner's motion to

proceed *in forma pauperis* on appeal to the Sixth Circuit.  It is well settled that the filing

of a notice of appeal transfers jurisdiction over the merits of the appeal to the appellate

court. *Workman v. Tate*, 958 F. 2d 164, 167 (6th Cir. 1992).  Petitioner's notice of

appeal divests this Court of jurisdiction to consider his motion that he be permitted to

proceed *in forma pauperis* in the Sixth Circuit Court of Appeals. *See Glick v. U.S. Civil*

*Service Com'n,* 567 F. Supp. 1483, 1490 (N.D. Ill. 1983); *Brinton v. Gaffney,* 560 F.

Supp. 28, 29-30 (E.D. Pa. 1983).  Because jurisdiction of this action was transferred from the district court to the Sixth Circuit Court of Appeals upon the filing of the notice of appeal, petitioner's motion to proceed *in forma pauperis* on appeal would be more appropriately addressed to the Sixth Circuit.

**IT IS HEREBY ORDERED** that petitioner's motion for a reconsideration is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of the Court transfer petitioner's "Motion for Certificate of Appealability" [Dkt. # 19] and the "Motion to Proceed *In Forma Pauperis* on Appeal [Dkt. # 20] to the United States Court of Appeals for the Sixth Circuit pursuant to 28 U.S.C. § 1631.

Dated:  December 6, 2012

s/George Caram Steeh\
GEORGE CARAM STEEH\
UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Jeffrey Baker #226365, Macomb Correctional Facility, 34625 26 Mile Road, New Haven, MI 48048, on December 6, 2012, by electronic and/or ordinary mail.

s/Barbara Radke\
Deputy Clerk

---